**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE CO., )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>TANNA S. RAMOS, et al. , )<br>)<br>      Defendant. ) | Case No. 06-1001 |

## ORDER

Before the Court is Magistrate Judge Cudmore's Report and Recommendation [Doc. # 25], which addresses Plaintiff's Motion for Final Decree of Interpleader [Doc. # 15] and Defendants' Motion to Implement Settlement [Doc. # 20]. The parties have not filed any objections within the ten (10) days allotted by 28 U.S.C. § 636(b)(1). Failure to object constitutes a waiver of any objections. See <u>Johnson v. Zema Sys. Corp.</u>, 170 F.3d 734, 739 (7th Cir. 1999); <u>Video Views Inc. v. Studio 21 Ltd.</u>, 797 F.2d 538 (7th Cir. 1986). Accordingly, the Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Final Decree of Interpleader [Doc. # 15] is ALLOWED, and that Defendants' Motion to Implement Settlement [20] is ALLOWED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that the Clerk is directed to distribute the applicable funds on deposit with the registry in the manner reflected below and prepare a judgment incorporating the distribution figures.

```
Deposit in Court's Registry                              $53,801.51
Due Plaintiff METROPOLITAN LIFE INSURANCE CO.             $5,239.89
```

| | |
|---|---|
| Balance available to Defendants | $48,561.62 |
| Due Christina S. Long (57%) | $27,680.12 |
| Due Tanna S. Ramos | $2,500.00 |
| Due Talia S. Long | $9,190.75 |
| Due Arron D. Long | $9,190.75 |

Entered this  31st  day of August, 2006.


                                                   s/ Joe B. McDade
                                                   JOE BILLY McDADE
                                      United States District Judge